Pursuant to the Court of Appeals opinion reversing and remanding this case to determine if plaintiff is entitled relief pursuant to Rule 60(b) from the 28 January 1994 judgment, the undersigned have reviewed the prior procedural history of this matter and the record in this matter. Although, as the Court of Appeals held, plaintiff filed his motion for relief from judgment within a reasonable time, he has not shown good grounds to set aside the judgment filed 28 January 1994, in that, plaintiff has not shown excusable neglect, mistake, newly discovered evidence, or other grounds which would be grounds for relief from operation of the judgment under Rule 60(b).
Therefore, it is hereby Ordered that Commissioner Vance's Order filed 25 April 1996 is hereby stricken and the Opinion and Award of the Full Commission filed on 28 January 1994 is reinstated in full force and effect.
 S/ ______________________________ DIANNE C. SELLERS COMMISSIONER
CONCURRING:
S/ ______________________________ J. RANDOLPH WARD COMMISSIONER
DISSENTING:
S/ ______________________________ COY M. VANCE COMMISSIONER